**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Raymond Yee

                              Plaintiff,

v.                                              Case No.: 1:07−cv−07150
                                                         Honorable Sidney I. Schenkier

UBS O'Connor, LLC, et al.

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, April 29, 2008:

      MINUTE entry before Judge Honorable Sidney I. Schenkier: Status hearing held and continued to 7/30/2008 at 09:00 AM. Rule 26(a)(1) disclosure are to be served by 5/14/08. On subjects for which the parties have burden of proof, the parties shall disclose experts and submit Rule 26(a)(2) reports by 10/3/08. The parties shall disclose responsive experts and submit Rule 26(a)(2) reports by 11/3/08. The depositions of all experts are to be completed by 12/3/08. Mailed notice(mmm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.