UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| RAYMOND YEE | ) | |
| | ) | |
| | ) | Case No. 07-C-7150 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Magistrate Judge Schenkier |
| | ) | |
| UBS O'CONNOR, LLC and UBS | ) | |
| GLOBAL ASSET MANAGEMENT, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE THAT** on Wednesday, October 1, 2008 at 8:30 a.m., or as soon thereafter as counsel may be heard, attorneys for the Plaintiff will appear before the Honorable Sidney I. Schenkier, or any judge sitting his stead in Courtroom 1700 of the Everett McKinley Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois and present the attached PLAINTIFF'S UNOPPOSED MOTIONS TO (1) AMEND COMPLAINT; (2) EXTEND THE DISCOVERY SCHEDULE; (3) SUBSTITUTE APPEARANCE OF COUNSEL FOR YEE.

Dated: September 8, 2008                     Respectfully submitted,

                                             /s/ Paul W. Mollica_____

Paul W. Mollica
Meites, Mulder, Mollica & Glink
20 South Clark St.
Suite 1500
Chicago, IL 60603

## CERTIFICATE OF SERVICE

    I, Paul W. Mollica, an attorney, hereby certify that a true and correct copy of the foregoing **NOTICE OF MOTION** was sent to the following:

David B. Ritter
Sonya Rosenberg
Neal Gerber & Eisenberg LLP
Two North LaSalle Street
Suite 2200
Chicago, Illinois 60602

via ECF-delivery on September 8, 2008.

                                                  /s/ Paul W. Mollica
                                                  Paul W. Mollica