**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2**
**Eastern Division**

Raymond Yee
                       Plaintiff,

v.                                         Case No.: 1:07−cv−07150
                                                                                  Honorable Sidney I. Schenkier

UBS O'Connor, LLC, et al.
                       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, September 15, 2008:

      MINUTE entry before the Honorable Sidney I. Schenkier: Plaintiff's unopposed motions to amend complaint, extend discovery schedule, and substitute appearance of counsel for Yee [21] are granted. On subjects for which the parties have burden of proof, the parties shall disclose experts and submit Rule 26(a)(2) reports by 1/5/09. The parties shall disclose responsive experts and submit Rule 26(a)(2) reports by 2/5/09. The depositions of all experts are to be completed by 3/5/09. Status hearing set for 10/1/08 is reset to 1/8/2009 at 09:00 AM. Mailed notice(mmm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.